IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01208-RM-BNB

RON HEDGE,

Plaintiff,

v.

DYNAMIC RECOVERY SERVICES, INC.,

Defendant.

---

## ORDER

---

In view of Plaintiff's Motion for Default Judgment [Doc. # 12, filed 5/14/2013],

IT IS ORDERED that the Order to Show Cause [Doc. # 11] is DISCHARGED.

Dated May 16, 2013.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge