**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01208-RM-BNB

RON HEDGE,

      Plaintiff,

v.

DYNAMIC RECOVERY SERVICES, INC.,

      Defendant.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Final Judgment is hereby entered.

      Pursuant to the Order Adopting Recommendation of Magistrate Judge and Granting Plaintiff's Motion for Default Judgment [Doc. No. 19, filed March 14, 2014], it is

      ORDERED that the Recommendation of United States Magistrate Judge [Doc. No. 18, filed June 14, 2013] is ADOPTED in its entirety. It is further

      ORDERED that Plaintiff's Motion for Default Judgment [Doc. No. 12, filed May 14, 2013] is GRANTED. It is further

      ORDERED that Judgment shall enter in favor of the Plaintiff for statutory damages in the amount of $1,000.00; attorneys fees in the amount of $1826.50; and for costs in the amount of $425.00.

Dated at Denver, Colorado this 14th day of March, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Nicholas Richards

Nicholas Richards
Deputy Clerk